IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIZABETH E. HARDESTY,

    Plaintiff,                      No. CIV S-05-0891 DFL DAD

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security, [1]

    Defendant.                      <u>ORDER</u>
_____/

        This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On September 7, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

/////

/////

---

[1] On February 12, 2007, Michael J. Astrue, became the Commissioner of Social Security. Mr. Astrue is substituted as defendant in this suit pursuant to 42 U.S.C. § 405(g) and Fed. R. Civ. P. 25(d)(1).

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1.  The findings and recommendations filed September 7, 2006, are adopted in
5  full; and
6      2.  Plaintiff's motion for summary judgment is denied;
7      3.  The Commissioner's cross motion for summary judgment is denied; and
8      4.  This matter is remanded for further proceedings consistent with this order.
9  DATED:  March 19, 2007

                                        /s/ David F. Levi
                                        UNITED STATES DISTRICT JUDGE

/hardesty.jo