McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8931
   Facsimile: (415) 744-0134
   E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELIZABETH E. HARDESTY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:05-cv-00891-DFL-DAD<br><br>STIPULATION AND PROPOSED ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND FOUR HUNDRED and 00/100 DOLLARS ($4,400.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of FOUR THOUSAND FOUR HUNDRED and 00/100 DOLLARS ($4,400.00) shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future

request for fees under the Social Security Act, 42 U.S.C. § 406(b).

                                        Respectfully submitted,

Dated: May 18, 2007        /s/ James O. Keefer
                                      (As authorized via facsimile and telephone)
                                      JAMES O. KEEFER
                                      Attorney for Plaintiff

Dated: May 21, 2007        McGREGOR W. SCOTT
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                        /s/ Leo R. Montenegro
                                      LEO R. MONTENEGRO
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

                                           <u>ORDER</u>

       APPROVED AND SO ORDERED.

DATED:   May 23, 2007
                                      /s/ David F. Levi
                                      DAVID F. LEVI
                                      UNITED STATES DISTRICT JUDGE